## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

MITCHELL MATTICE, BARRY
BRYANT and FRANK J. ADAMS,

      Plaintiffs,

v.                                        Case No: 5:15-cv-53-Oc-30PRL

GIDDENS SECURITY CORPORATION
and DARRELL H. GIDDENS,

      Defendants.

## ORDER OF DISMISSAL

Before the Court is the Plaintiffs' Voluntary Dismissal With Prejudice (Dkt. #5).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of April, 2015.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record